# EXHIBIT 1

**Davis Polk**

**SIDLEY**

**Timothy Graulich**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4639 tel
timothy.graulich@davispolk.com

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
MATTHEW A. CLEMENTE
MCLEMENTE@SIDLEY.COM
+1 312 853 7539

November 14, 2019

| | | |
|---|---|---|
| Samarco Mineração S.A.
Rua Paraíba, 1122
9th and 10th floors
Belo Horizonte, MG 30130-918
Brazil
Attn.: Rodrigo Alvarenga Vilela, CEO | BHP Group plc
BHP Group Ltd.
171 Collins Street
Melbourne Victoria 3000
Australia
Attn.: Peter Beavan, CFO | Vale S.A.
Praia de Botafogo, 186 - Salas 501 a 1901
Botafogo - Rio de Janeiro/RJ - Brazil
CEP: 22250-145
Attn.: Luciano Siani Pires, Executive Director |

**VIA EMAIL**

Re:   Samarco Mineração S.A. ("**Samarco**" or the "**Company**")

Ladies and Gentlemen:

We write on behalf of the steering committee (the "**Steering Committee**") of the ad hoc group of holders of Samarco's 4.125% senior notes due 2022, 5.750% senior notes due 2023, and 5.375% senior notes due 2024 (the "**Notes**") represented by Davis Polk & Wardwell LLP, and holders of the majority of the outstanding non-NEXI EPP debt issued by Samarco represented by Sidley Austin LLP (the "**EPP Debtholders**" and with the Steering Committee, the "**Creditors**").

The Creditors and their advisors have long sought to engage constructively with the Company and its other stakeholders to achieve a comprehensive financial restructuring that will allow for Samarco to resume its operating business in a safe and value-maximizing manner.  The Creditors recognize that Samarco's operating success is critical not only to repayment of the noteholders, the EPP debtholders and other creditors, but also to assure economic benefit for the surrounding communities and those most affected by the 2015 disaster.  This includes, among other things, the return of additional jobs for the local workforce and the follow-on benefits that employment provides.

We were encouraged to see the Company receive its Corrective Operating License on October 25 and had expected the Company and its shareholders to use that milestone as an opportunity to re-engage with creditors.  More than two weeks later, we have yet to hear from you.  The Company appears to lack an appropriate sense of urgency in addressing the uncured defaults under the Notes and EPP Debt.  Instead of promptly sharing information with advisors to facilitate the restart of negotiations, the Company has elected to release public statements

regarding the mines that (a) seem strategically designed to impact the inevitable restructuring negotiations and (b) fail to reflect Vale's accountability for regulatory changes that followed the Brumadinho dam collapse.  Moreover, the Company seems uninterested in timely providing the Creditors and their advisors with sufficient information to conduct further due diligence or evaluate these recent public statements—a step that will no doubt be required for meaningful restructuring discussions to resume.

It is critically important for Samarco to remove the overhang of its debt defaults before it restarts operations.  These defaults, which have now been pending for more than four years, pose an ongoing threat to Samarco's viability as a going concern, and if not expeditiously resolved, will continue to impede Samarco's ability to transact with commercial and financial counterparties.  To that end—and as our advisors have communicated to yours numerous times—the Creditors are ready and willing to resume negotiations toward a timely and consensual restructuring.

As you all know, earlier this year, Samarco and its shareholders were in advanced-stage negotiations with creditors toward a restructuring transaction that would eliminate all of the Company's pending defaults and provide runway for Samarco to return to operation on the strongest financial footing possible.  The Creditors viewed the dialogue as constructive and saw significant progress toward consensus before the fallout for Vale from the Brumadinho disaster brought discussions to a premature end.

Suffice it to say that a lack of good faith engagement with the Creditor's advisors in the near term will make any future engagement with principals more difficult.  Further, it is notable that good corporate governance appears to be a priority for both BHP and Vale, and it is difficult to see how directing Samarco to ignore its creditors could be consistent with those goals.

So far, the Creditors (along with your other bondholders and lenders) have exercised extraordinary forbearance, and it should not be lost on you that, but for creditors' willingness to pursue a consensual path, Samarco would have been subject to creditor enforcement actions a long time ago.  The Creditors' patience is not indefinite and should not be taken for granted.

The Creditors are a necessary party to any restructuring process for Samarco.  We continue to aim for a consensual transaction and believe that such an approach presents the best prospect of providing value and recovery to all stakeholders of Samarco (including those most directly affected by the Fundão disaster).  However, for a consensual restructuring to be achievable, ***you must re-engage with your creditors on a good faith basis without further delay***.  To this end, we ask that you now provide us with a proposed timeline for the commencement of restructuring negotiations and any updates to your business plan.  If you fail to work toward a consensual restructuring, it will be to the detriment of Samarco and make it more difficult for affected communities to benefit from employment, local revenue generation and the other benefits of a major operating business.  The Creditors reserve all rights and may be constrained to pursue alternatives to the extent you are unwilling to work constructively and in good faith.

3	November 14, 2019

Again, it is our hope and our aim that you will change course and re-engage with creditors in the near term. We look forward to hearing from you.

Regards,

Timothy Graulich
Davis Polk & Wardwell LLP
On Behalf of the Steering Committee

Matthew Clemente
Sidley Austin LLP
On Behalf of the EPP Debtholders


cc:
Douglas Deutsch
Daniel Pombo
Otavio Guazzelli
Marcelo Messer
Fabio Rosas
Eduardo Mattar
Sergio Savi
Eduardo Wanderley