# EXHIBIT 2

**C L I F F O R D**

**C H A N C E**

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**VIA EMAIL**

Timothy Graulich
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Matthew A. Clemente
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Direct Dial: +1 212 878 4935
E-mail: douglas.deutsch@cliffordchance.com

December 03, 2019

Re:     Samarco Mineração S.A. ("**Samarco**" or the "**Company**")

Dear Mr. Graulich and Mr. Clemente:

We write on behalf of Samarco in response to the letter you sent on behalf of the steering committee (the "**Steering Committee**") of the ad hoc group of holders of Samarco's 4.125% senior notes due 2022, 5.750% senior notes due 2023, and 5.375% senior notes due 2024 (the "**Notes**") represented by Davis Polk & Wardwell LLP, and holders of the majority of the outstanding non-NEXI EPP debt issued by Samarco represented by Sidley Austin LLP (the "**EPP Debtholders**" and with the Steering Committee, the "**Creditors**") dated November 14, 2019 (the "Letter").  In order to foster a constructive dialogue, we have focused on the specific request set forth in the Letter and do not intend to specifically address the extraneous (mis)characterizations set forth therein.

Samarco and the Creditors agree that Samarco must remain focused on restarting its operations in a safe and sustainable manner and achieving the best possible outcome for all its stakeholders and for the local communities in which the Company operates.  The issuance of the Corrective Operation License noted in your letter was an important event to that goal.  So too was the commencement of work for the preparation of the Alegria Sul filtration systems in the Germano complex.  These are concrete examples of the significant progress that the Company has made thus far.  The achievement of these and other important milestones was the direct result of significant investments that Samarco has made with unsecured financing provided by its shareholders and benefits not only the Company but also the local communities, workforce and all of its stakeholders, including the Creditors.  But there is more to do.

**C L I F F O R D**

**C H A N C E**

CLIFFORD CHANCE US LLP

As you are aware, significant changes in the regulatory landscape required Samarco to re-evaluate and modify the Company's prior operational restart plans.  The related planning, approval and initial implementation steps (including those noted above) take time.  Samarco and its shareholders are in the process of reviewing the implications of these changes on the Company's operational and financial plan.  We expect that process to conclude in the near future, at which point it is our intention to come back to you with next steps.  In the meantime, we will continue to make our advisory team available to you and your clients for questions.

Very truly yours,

Douglas Deutsch

cc:   Daniel Pombo
      Otavio Guazzelli
      Marcelo Messer
      Fabio Rosas
      Eduardo Mattar
      Sergio Savi
      Eduardo Wanderley