```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
THE BANK OF NEW YORK MELLON,                                     :
                                                                 :
                        Plaintiff,                               :
                                                                 :       20 Civ. 8206 (JPC)
            -v-                                                  :       20 Civ. 8209 (JPC)
                                                                 :       20 Civ. 8211 (JPC)
SAMARCO MINERAÇÃO S.A.,                                          :
                                                                 :            ORDER
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 8, 2021, Plaintiff The Bank of New York Mellon ("BNYM"), as former Trustee under the relevant indentures at issue in these actions (the "Indentures"), filed letter motions requesting that the Court substitute UMB Bank, N.A., in its capacity as successor Trustee under the Indentures, as the Plaintiff and dismiss BNYM as a party in each of these actions due to a transfer of interest from BNYM to UMB as successor Trustee. No. 20 Civ. 8206, Dkt. 48; No. 20 Civ. 8209, Dkt. 49; No. 20 Civ. 8211, Dkt. 48.

For reasons stated on the record during the conference held on November 16, 2021, Plaintiff BNYM's motion to substitute, Dkt. 14, is granted.

The Clerk of Court is respectfully directed to amend the case captions in No. 20 Civ. 8206, No. 20 Civ. 8209, and No. 20 Civ. 8211 to substitute The Bank of New York Mellon with UMB Bank, N.A. as the Plaintiff in these actions.

SO ORDERED.

Dated: November 16, 2021
      New York, New York

                                                 JOHN P. CRONAN
                                                 United States District Judge