UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, N.A.,<br><br>      Plaintiff,<br><br> -against-<br><br>SAMARCO MINERACAO S.A.,<br><br>      Defendant. | 20-CV-08206 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  This case has been reassigned to the undersigned. In addition to submitting an update within one week of any decision of the Bankruptcy Court as directed by ECF No. 47, the parties shall submit a joint status update on this action and the pending Bankruptcy Court proceedings every 60 days.

  SO ORDERED.

Dated: August 8, 2023
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge