UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, N.A.,<br><br>         Plaintiff,<br><br>  -against-<br><br>SAMARCO MINERACAO S.A.,<br><br>         Defendant. | 20-CV-08206 (AS)<br>20-CV-08209 (AS)<br>20-CV-08211 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On May 13, 2021, this case was stayed pending further order of the Bankruptcy Court. *See* ECF No. 47. As such, the motion to dismiss and motion for discovery and attachment are denied as moot. The Clerk of Court is respectfully directed to terminate ECF Nos. 21 and 31.

  SO ORDERED.

Dated: September 5, 2023
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge